IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA, )
　) 
　Plaintiff, ) Case No. 5:17-cv-341
　)
v. )
　)
DANIEL B. GURKIN and )
JAMES S. HARROLD, )
　)
　Defendants. )
_____ )

## DEFAULT JUDGMENT

Default having been entered against defendants Daniel B. Gurkin and James S. Harrold for their failure to appear, plead, or otherwise defend, and counsel for the plaintiff having requested a judgment for a sum certain against the defendants and having filed proper evidence of the amount due in accordance with Fed. R. Civ. P. 55(b)(1), judgment is hereby rendered in favor of the plaintiff, United States of America and against the defendants as follows:

1. Judgment is rendered in favor of the United States and against defendant Daniel B. Gurkin for civil penalties assessed pursuant to 26 U.S.C. § 6672 in the sum of $722,020.71, plus statutory interest accruing after October 2, 2017, to the date of payment for the taxable quarters ending September 30, 2007, September 30, 2008, and December 31, 2008;

2. Judgment is rendered in favor of the United States and against defendant James S. Harrold for civil penalties assessed pursuant to 26 U.S.C. § 6672 in the sum of $717,646.04, plus

//

//

//

//

1

statutory interest accruing after October 2, 2017, to the date of payment for the taxable quarters ending September 30, 2007, September 30, 2008, and December 31, 2008.

Entered this __15__ day of __November__, 2017.

_/s/ Peter A. Moore, Jr._
PETER A. MOORE, JR.
Clerk, United States District Court